**Order entered July 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00642-CR

**JOE GREGORIO ANUARIO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA1630941**

## ORDER

We **REINSTATE** this appeal.

On June 15, 2017, we ordered the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. On July 18, 2017, the reporter's record was filed. During the hearing, the trial court found appellant was entitled to court-appointed counsel and appointed the Public Defender's Office to represent appellant.

We **DIRECT** the Clerk to list Michael R. Casillas of the Public Defender's Office as counsel of record in this appeal and to send all future notices to Michael R. Casillas, 133 N. Riverfront Blvd, LB 2, Dallas, TX 75207.

/s/    LANA MYERS
        JUSTICE
